**FREEMAN MATHIS & GARY, LLP**
4343 N. Scottsdale Road, Suite 150
Scottsdale, AZ 85251
(602) 805-9878
Lisa M. Lampkin (SBN 036944)
Megan E. Ritenour (SBN 034677)
lisa.lampkin@fmglaw.com
megan.ritenour@fmglaw.com

William W. Cheney, III (*Pro Hac Vice*)
(SBN 023102009)
3 Executive Campus, Suite 350
Cherry Hill, NJ 08002
(856) 406-1268
wcheney@fmglaw.com

*Attorneys for Carvin Wilson Software, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda Perez, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Carvin Wilson Software, LLC d/b/a Carvin Software, LLC,<br><br>Defendant. | Case No.: 2:23-CV-00792-SMM<br><br>Consolidated with:<br>2:23-cv-00792; 2:23-cv-00808; 2:23-cv-00824; 2:23-cv-00828; 2:23-cv-00845<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs, Amanda Perez, Sasha Lipp, James Murray, Michael Halpren and Elijah Johnson, and Defendant, Carvin Wilson Software, LLC d/b/a Carvin Software, LLC, (collectively, the "Parties"), through their respective counsel of record, hereby give notice that they have agreed, in principle, to a class settlement, subject to the parties entering into a comprehensive settlement agreement and approval of the Court. The Parties anticipate filing a motion for preliminary approval of the class settlement by February 29, 2024. The Parties therefore respectfully request that the Court vacate all case deadlines, pending

1  completion of the class action settlement process pursuant to Rule 23 of the Federal Rules
2  of Civil Procedure.
3  DATED:  January 29, 2024

        Respectfully Submitted,

        **FREEMAN MATHIS & GARY, LLP**

        */s/ William W. Cheney, III*
        William W. Cheney, III (*Pro Hac Vice*)
        (SBN 023102009)
        3 Executive Campus, Suite 350
        Cherry Hill, NJ 06002
        (856) 406-1268
        wcheney@fmglaw.com

        Megan E. Ritenour (SBN 034677)
        Lisa M. Lampkin (SBN036944)
        4343 N. Scottsdale Road, Suite 150
        Scottsdale, AZ 85251
        (602) 805-9878
        Megan.Ritenour@fmglaw.com
        Lisa.Lampkin@fmglaw.com


        /s/:  *Daisy Mazoff*
        Daisy Mazoff, Bar No. 028804
        Mason A. Barney (*pro hac vice* forthcoming)
        Tyler J. Bean (*pro hac vice* forthcoming)
        **SIRI & GLIMSTAD LLP**
        745 Fifth Avenue, Suite 500
        New York, New York 10151
        Tel: (212) 532-1091
        E: dmazoff@sirillp.com
        E: mbarney@sirillp.com
        E: tbean@sirillp.com


        A. Brooke Murphy
        **MURPHY LAW FIRM**
        4116 Will Rogers Pkwy, Suite 700
        Oklahoma City, OK 73108
        T: (405) 389-4989
        E: abm@murphylegalfirm.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
E: wbf@federmanlaw.com

*Interim Co-Lead Counsel for Plaintiffs*

/s/: Christina Perez Hesano
Cristina Perez Hesano (#027023)
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, AZ 85301
T: 602.730.7100
F: 623.235.6173
E: cperez@perezlawgroup.com

*Interim Liaison Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I, William W. Cheney, III, Esquire, do hereby certify that a copy of the within pleading was served by electronic filing on this date upon all counsel of record.

**FREEMAN MATHIS & GARY, LLP**

*/s/ William W. Cheney, III*
William W. Cheney, III (*Pro Hac Vice*)
(SBN 023102009)
3 Executive Campus, Suite 350
Cherry Hill, NJ 06002
(856) 406-1268
wcheney@fmglaw.com