# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda Perez, et al., | No. CV-23-00792-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Carvin Wilson Software LLC, | |
| Defendant. | |

This matter is before the Court on the Notice of Settlement, (Doc. 30), filed on January 29, 2024. The parties represent that they have agreed to a class settlement, subject to a comprehensive settlement agreement and the Court's approval.

Accordingly,

**IT IS ORDERED** that a Motion for Preliminary Approval of Class Settlement shall be filed on or before <u>February 29, 2024</u>. If a Motion for Preliminary Approval of Class Settlement has not been filed by this deadline the parties shall file a Status Report to the Court on that date.

**IT IS FURTHER ORDERED vacating** any pending deadlines.

Dated this 29th day of January, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge