# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda Perez, et al., | No. CV-23-00792-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Carvin Wilson Software LLC, | |
| Defendant. | |

This matter is before the Court on the Joint Status Report filed by the parties pursuant to the Court's Order, (Doc. 31), setting a February 29, 2024 deadline for the parties to submit a Motion for Preliminary Approval of Class Settlement. The parties attest to the need for an additional 30 days to finalize the terms and draft the settlement agreement. For good cause shown,

**IT IS ORDERED** that the deadline for the parties to file a Motion for Preliminary Approval of Class Settlement is extended to March 27, 2024. If a Motion for Preliminary Approval of Class Settlement has not been filed by this deadline, the parties shall file a Status Report to the Court on that date.

Dated this 1st day of March, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge