# EXHIBIT 2

Mason A. Barney (admitted *pro hac vice*)
Tyler J. Bean (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: dmazoff@sirillp.com
E: mbarney@sirillp.com
E: tbean@sirillp.com

A. Brooke Murphy (admitted *pro hac vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
T: (405) 389-4989
E: abm@murphylegalfirm.com

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
E: wbf@federmanlaw.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMANDA PEREZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARVIN WILSON SOFTWARE, LLC d/b/a CARVIN SOFTWARE, LLC,<br>Defendant. | Case No.: 2:23-CV-00792-SMM<br><br>Consolidated with:<br>2:23-cv-00792; 2:23-cv-00808; 2:23-cv-00824; 2:23-cv-00828; 2:23-cv-00845<br><br>**DECLARATION IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1

I, William B. Federman, declare under penalty of perjury as follows:

1. I am an attorney duly admitted to the bars of the states of Texas, Oklahoma, and New York. I am admitted to practice *pro hac vice* before this Court. I am a founder and managing member of the law firm Federman & Sherwood.

2. I am one of the Interim Co-Lead Class Counsel appointed by the Court for Plaintiffs and the Class in the above referenced action. Also serving as Interim Co-Lead Class Counsel for Plaintiffs and the Class are A. Brooke Murphy of Murphy Law Firm and Mason A. Barney of Siri & Glimstad LLP (together, with Mr. Federman referred to as "Proposed Class Counsel" or "Class Counsel").

3. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, filed contemporaneously herewith.

4. Plaintiffs Amanda Perez, Sasha Lipp, James Murray, Michael Halpren and Elijah Johnson (collectively, "Plaintiffs") and Defendant Carvin Wilson Software, LLC d/b/a Carvin Software, LLC ("Carvin" or "Defendant") have reached an agreement to settle this Action pursuant to the terms of the Settlement Agreement.[1]

5. The Settlement provides substantial benefits to the Settlement Class, totaling $1,525,000.00. The Settlement represents a favorable achievement for Settlement Class Members when weighed against the risk of a diminished recovery were the case to proceed through protracted litigation. Here, the Defendant is a small company with very modest revenues. As a result of the Data Breach, Carvin's business (and revenue) further declined. Moreover, through informal discovery, Proposed Class Counsel were informed that Carvin has only a small wasting insurance policy applicable to the Data Breach. Thus, due to Carvin's precarious financial state and inadequate insurance policy applicable to the litigation, it was highly uncertain what ability (if any) Carvin would have to fund an

---

[1] All capitalized terms not otherwise defined herein shall have the meanings set forth in the Settlement Agreement. The Settlement Agreement is attached as Exhibit 1 to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

adequate settlement for Plaintiffs and the Class. However, due to the experience and expertise of Proposed Class Counsel, Proposed Class Counsel were able to negotiate a Settlement that provides a combination of cash benefits, identity theft protection and credit monitoring services, and remedial measures to Plaintiffs and the Class. Notably, Proposed Class Counsel secured what was estimated to be close to the remaining insurance proceeds to fund a non-reversionary cash Settlement Fund of $825,000.00 to the benefit of Settlement Class Members. In addition, Proposed Class Counsel secured $700,000.00 in substantial business practice commitments designed to remediate the shortcomings in Carvin's data security measures and thereby providing further meaningful benefits to Settlement Class Members whose Personal Information is maintained by Carvin.

6.    The proposed Settlement was agreed to following extensive arm's-length settlement discussions between the Parties, including a mediation session on January 12, 2024, assisted by the highly respected mediator, Christopher L. Griffin, Esq. The Parties reached an agreement on the essential terms of a settlement, resulting in the Settlement Agreement, subject to the final approval of the Court. In the weeks that followed, the Parties negotiated the finer points of the Settlement Agreement and exchanged multiple emails and phone calls, culminating in the written terms of the Settlement Agreement.

7.    In advance of formal mediation, Defendant produced informal discovery related to the Data Breach and its financial status and the Parties provided their respective positions on the merits of the claims and class certification in detailed mediation statements. It was during this time that Proposed Class Counsel discovered that Carvin had only a limited wasting data breach insurance policy which would have been significantly depleted, if not exhausted, by the time of any trial. Additionally, Plaintiffs learned Defendant's business and revenue were very small and declining due to the Data Breach.

8.    The Settlement was achieved only after a thorough investigation that culminated in the consideration of relevant informal discovery, the preparation of a detailed mediation statement, and weeks of settlement negotiations. By the time the Settlement in

principle was reached, Plaintiffs and Proposed Class Counsel were well informed of the strengths and weaknesses of the Action.

9. This Settlement is an excellent result for Plaintiffs and the Class, particularly in light of the financial challenges posed and the inherent risks attendant to protracted and complex litigation. Given the heavy obstacles and inherent risks Plaintiffs face with respect to the novel claims brought in data breach class actions, including class certification, summary judgment, and trial, the substantial benefits the Settlement provides favors preliminary approval of the Settlement.

10. After the Settlement was reached, Plaintiffs' Counsel undertook a competitive bidding process to achieve an excellent Settlement Administrator for the Class. The Parties selected Simpluris, Inc. Simpluris is a well-known firm with a history of successfully administering many class action settlements, including other data breach settlements. The Parties selected Simpluris after considering bids from multiple administration firms and believe that Simpluris will be able to meet the obligations imposed on the Settlement Administrator under the settlement for a reasonable cost.

11. As a further benefit to the Settlement Class, Notice will be paid for by Defendant out of the Settlement Fund. Notice will be given to the Settlement Class via individual direct notice, which will be given by emailing short-form notices to the email addresses associated with the Class Members. In instances where Defendant does not have a valid email address for a Settlement Class Member, Notice will be provided by way of mailed postcards via the U.S. Postal Service.

12. In addition to the direct notice, the Settlement Administrator will also establish a dedicated Settlement Website and will maintain and update the website throughout the Claims Period, with the forms of Postcard Notice, Long Notice, and Claim Forms approved by the Court, as well as the Settlement Agreement. The Settlement Administrator will also make available a toll-free help line to provide Settlement Class Members with additional information about the settlement.

13. The notice documents are clear and concise and directly apprise Class Members of all the information they need to know to make a claim or to opt-out or object to the Settlement.

14. Proposed Class Counsel will seek an award of attorneys' fees not to exceed $419,375.00 (27.5% of the $1,525,000.00 total Settlement Consideration), as well as reimbursement of their reasonable costs and litigation expenses not to exceed $35,000. The fee request is in line with requests in similar cases and is commensurate with the accumulated lodestar of proposed Class Counsel. The Notices will inform the Settlement Class that proposed Class Counsel will be seeking such fees and costs.

15. It is Proposed Class Counsel's opinion that the Settlement is fair, reasonable, and adequate considering the financial challenges presented as well as the risks and delays attendant to further protracted litigation. This view is informed by Proposed Class Counsel's decades of work litigating complex actions. Proposed Class Counsel have extensive experience in successfully litigating data breach class actions. *See* **Exhibit A** (resumé of Federman & Sherwood); *see also* **Exhibit B** (resumé of Murphy Law Firm); **Exhibit C** (resumé of Siri & Glimstad LLP).

16. Proposed Class Counsel represent that there are no agreements related to the settlement other than those reflected in the Settlement Agreement itself and an agreement with Simpluris to perform notice and settlement administration services if this Motion is granted by the Court.

17. The Settlement Class Representatives have also demonstrated their adequacy by: (i) selecting well-qualified Counsel; (ii) producing information and documents to Proposed Class Counsel to permit investigation and development of the complaints; (iii) being available as needed throughout the litigation; and (iv) monitoring the Litigation. Plaintiffs do not have any interests antagonistic to other class members. The Settlement Class Representatives support the Settlement reached. Proposed Class Counsel will ask the

Court to approve a Service Award of up to $1,500.00 for each Plaintiff, payable from the Settlement Fund.

18.     It is my opinion that the proposed class action settlement is fair, reasonable, and adequate and is an outstanding result for the Settlement Class Members in light of the significant challenges faced.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2024                              Respectfully submitted,

*/s/: William B. Federman*

William B. Federman*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

A. Brooke Murphy*
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
T: (405) 389-4989
E: abm@murphylegalfirm.com

Mason A. Barney*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
T: (212) 532-1091
E: mbarney@sirillp.com

*Interim Co-Lead Class Counsel*

*Admitted pro hac vice*

# EXHIBIT A

# FEDERMAN & SHERWOOD

(An Association of Attorneys and Professional Corporations)

| | |
|---|---|
| 10205 N. PENNSYLVANIA AVENUE<br>OKLAHOMA CITY, OKLAHOMA 73120<br>TELEPHONE:  405-235-1560<br>FACSIMILE: 405-239-2112 | 212 W. SPRING VALLEY ROAD<br>RICHARDSON, TEXAS 75081<br>TELEPHONE: 214- 696-1100<br>FACSIMILE: 214-740-0112 |

## FIRM RESUME

**WILLIAM B. FEDERMAN.** _Education_:  Boston University (B.A., cum laude, 1979); University of Tulsa (J.D., 1982); Phi Alpha Delta (Treasurer, 1980-1982).  _Admitted to practice_: United States District Courts for the following Districts:  Western, Northern and Eastern, Oklahoma; Eastern, Northern, Southern, and Western, New York; Southern, Northern, Eastern and Western, Texas; Eastern and Western, Arkansas; District of Columbia; District of Colorado; Central and Northern Districts of Illinois; Northern District of Ohio; District of Nebraska; Eastern  and Western Districts of Michigan; Eastern District of Wisconsin; United States Court of Appeals for the following Circuits: First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh and Federal; and United States Supreme Court. _Lectures/Publications_: _"Class Actions, New Rules and Data Breach Cases," 40th Annual OCBA Winter Seminar 2019; "A Case Study of Ethical Issues in Complex Litigation and Trends in Class Certification,"_ 39th Annual OCBA Winter Seminar, 2018; _"Talkin' About Insurance Coverage and Complex Litigation: What Every Lawyer and Client Should Know,"_ 38th Annual OCBA Winter Seminar, 2017; "_Securities Litigation: Using Data to Make the Case,"_ by Bloomberg BNA, 2016; "_The Changing Landscape for Prosecution of Financial Claims Involving Insolvent Companies"_ 37th Annual OCBA Winter Seminar, 2016; _"Current Status of Securities Class Actions: Where are the Courts Taking Us?"_ Houston Bar Association, 2014.  _"Class & Derivative Actions and Securities Litigation,"_ 2013 Annual Meeting of the American Bar Association; _"Litigation and Employment Law Update,"_ Securities Industry Association Compliance and Legal Division; "_Inside a Disclosure Crisis"_, 30th Annual Northwest Securities Institute Annual Meeting and sponsored by the Washington Bar Association; _"Managing Directors' Liability,"_ 3rd Annual Energy Industry Directors Conference and sponsored by Rice University; "_Executive Liability - 2009 D & O Market Trends,"_ Chartis Insurance; _"Derivative Actions and Protecting the Corporation – Critical Issues in Today's Banking,"_ Oklahoma Bar Association and the Oklahoma Bankers Association; _"Arbitration - What Is It?  Why Should a Lawyer Suggest or Use It?,"_ Oklahoma Bar Association; _"The Attorney and Accountant as Targets in Failed Financial Institution Litigation,"_ American Bar Association Trial Practice Committee; _"Effective Arbitration in the 1990's - Adapting to Build a Successful Practice,"_ Oklahoma County Bar Association; _"Current Issues in Direct Investments and Limited Partnerships: The Litigation Scene From All Perspectives,"_ American Bar Association Litigation Section; _"Stockbroker Litigation and Arbitration,"_ Securities Arbitration Institute. Author: _"Who's Minding the Store: The Corporate Attorney-Client Privilege,"_ 52 O.B.J. 1244, 1981; _"Potential Liability From Indirect Remuneration in Private Oil and Gas Offerings,"_ 11 Sec. Reg. L.J. 135, 1983; _"Capitalism and Reality Meet in the Courts. . . Finally,"_ 59 O.B.J. 3537, 1987; _"Class Actions, New Rules & Data Breach Cases,"_ Annual OCBA Winter Seminar, 2019. _Membership_: Arbitration Panel, New York Stock Exchange; Federal Bar Association; Oklahoma County Bar Association (Committee on Professionalism, 1987-1990); Oklahoma Bar Association (Civil Procedure/Evidence Code, Lawyers Helping Lawyers Assistance Program and Rules of Professional Conduct Committees, 2017-2020); American Bar Association (Committee on Securities Litigation and Corporate Counsel); American Inns of Court (Barrister 1990-1993 and Master 2002-2004); inducted into the Outstanding Lawyers of America, 2003; received the Martindale-Hubbell peer review rating of AV Preeminent in both ethical standards and legal ability; recognized as one of the "Top Lawyers of 2013" for excellence and achievements in the legal community; Litigation Counsel of America (Trial Lawyer & Appellate Lawyer Honorary Society). _Awards/Honors_:  Securities Litigation and Arbitration Law Firm of the Year in Oklahoma – 2018 (Global Law Experts Annual Awards); Securities Litigation and Arbitration Law Firm of the Year in Oklahoma – 2019, 2020 (Corporate INTL Magazine); Oklahoma Super Lawyers list by Thomson Reuters – 2019;

FEDERMAN & SHERWOOD
Page 2

Recognized for Exceptional Service and Outstanding Performance on behalf of the Federal Bar Association (Oklahoma City Chapter) Pro Bono Program – 2018-2019, 2020, Oklahoma Super Lawyer for 2022.

**STUART W. EMMONS. (In Memoriam)** *Education*: University of Oklahoma (J.D., 1987, with distinction); University of Oklahoma (B.B.A., Accounting, 1984, with distinction). *Admitted to practice*: 1987, Oklahoma; 1987, U.S. District Court for the Western District of Oklahoma; 1990, U.S. District Court for the Northern District of Oklahoma; 1992, U.S. Court of Appeals, Tenth Circuit; 1994, U.S. Court of Appeals, Eighth Circuit; U.S. Patent and Trademark Office; 2002, U.S. District Court for the District of Colorado; U.S. District Court for the Southern District of Texas; 2003, U.S. Court of Appeals, Second Circuit; 2004, U.S. District Court for the Northern District of Texas; U.S. Court of Appeals, Fifth Circuit; 2005, United States Supreme Court; 2005 U.S. Court of Appeals, Fourth Circuit; 2015, U.S. Court of Appeals, First Circuit; 2016, U.S. Court of Appeals, Ninth Circuit and U.S. Court of Appeals for the First Circuit.  1988-1989, Law Clerk to the Hon. Layn R. Phillips, U.S. District Court for the Western District of Oklahoma. *Published Decisions:  American Fidelity Assurance Company v. The Bank of New York Mellon,* 810 F.3d 1234 (10th Cir. 2016); *Paul Spitzberg v. Houston American Energy Corporation, et al.*, 758 F.3d 676 (5th Cir. 2014); *Patipan Nakkhumpun v. Daniel J. Taylor, et al.,* 782 F.3d 1142 (10th Cir. 2015); *Membership*: Oklahoma County and Oklahoma Bar Associations.

**SARA E. COLLIER.** *Education*:  Oklahoma Christian University (B.S. 2000); Oklahoma City University School of Law (J.D., 2004). *Admitted to practice*: 2005, U.S. District Courts for the Western, Eastern and Northern Districts of Oklahoma; 2007, U.S. District Court for the Southern District of Texas; and 2007, United States Court of Appeals for Veterans Claims in Washington, DC. *Membership*: Oklahoma Bar Association, American Bar Association.

**KENNEDY M. BRIAN**. *Education:* University of Central Oklahoma (B.M. in Musical Theater, 2018, cum laude; Minor in Real Estate Finance), University of Oklahoma (J.D., 2021) (Dean's Honor Roll; Academic Achievement Award, Trial Techniques; American Indian Law Review). *Admitted to practice:* Oklahoma 2021; U.S. District Court for the Eastern District of Oklahoma, 2022; U.S. District Court for the Western District of Oklahoma, 2022; U.S. District Court for the Northern District of Oklahoma, 2023. *Membership:* Oklahoma Bar Association, Federal Bar Association, Junior League of Oklahoma City, and Oklahoma County Bar Association. Prior to joining Federman & Sherwood, Ms. Brian was actively involved in litigation on various estate planning, probate, and trust matters.

**MEAGON R. EAGON.** *Education:* East Central University (B.S. in Legal Studies, 2013, with honors; Minor in Mass Communications); Oklahoma City University School of Law (J.D. 2017, with honors; Dean's List; Faculty Honor Roll; Merit Scholar; Class Treasurer; Pro Bono Service Award 2015-2016; Dean's Service Award 2017). *Admitted to practice:* Oklahoma 2017, U.S. District Court for the Eastern District of Oklahoma, U.S. District Court for the Western District of Oklahoma, U.S. District Court for the Northern District of Oklahoma, Chickasaw Nation of Oklahoma, and Choctaw Nation of Oklahoma. *Membership:* Oklahoma County Bar Association, Oklahoma Bar Association, Federal Bar Association. Prior to joining Federman & Sherwood, Ms. Eagon actively practiced in insurance defense and general civil litigation.

**JESSICA A. WILKES.** *Education:* Baylor University School of Law (J.D. 2021, with honors; Dean's Academic Excellence Full-Tuition Scholarship; Baylor Law Review, Technical Editor & Alumni Relations Coordinator; Research Assistant for Dean and Professors; Baylor Barrister Society). *Admitted to practice:* Oklahoma 2021, *Membership:* Oklahoma Bar Association; Oklahoma Bar Association, Women in Law; Friends of Trivera; Junior League of Oklahoma City. Prior to joining Federman & Sherwood, Ms. Wilkes actively practiced in litigation for the Oklahoma Attorney General's Office.

**TANNER R. HILTON.** *Education:* Texas A&M University (B.S. in Political Science, 2019); Oklahoma City University School of Law (J.D., 2022, Dean's List Spring of 2021; Order of the Barristers; Native American Law Student Association Moot Court Team, 2020-2022; CALI Award for Secured Transactions (2021)). Mr. Hilton graduated from Oklahoma City University School of Law in May of 2022 and is admitted to practice law in the State of Oklahoma.

### *OF COUNSEL:*

**JOHN CHARLES SHERWOOD.** *Education*: Texas Christian University, (BBA, magna cum laude, 1981); Baylor School of Law (J.D., 1984). *Areas of Practice*: Litigation. *Board Certified*: Civil Trial Law, Personal Injury Trial Law, Texas Board of Legal Specialization. *Organizations*: Texas Trial Lawyers, Association of Trial Lawyers of America, Dallas Trial Lawyers Association, Dallas Bar Association, Former Chairperson of the Solo and Small Firm Section of the Dallas Bar Association (1999), Member of the College of the State Bar of Texas and founding President of Citizens For a Fair Judiciary (Political Action Committee). *Licenses and Courts of Practice*: Member of the State Bar of Texas, National Board of Trial Advocacy, Licensed as a Certified Public Accountant by the Texas State Board of Public Accountancy, admitted to practice before the United States Tax Court, United States District Court, Northern District of Texas, United States Fifth Circuit Court of Appeals, and the United States Supreme Court. *Papers Presented*: *Other People's Money,* Presented to the Dallas Bar Association, Solo and Small Firm Section; *Recognition*: "Top Attorneys in Texas, Business Litigation," (2012).

**JOSHUA D. WELLS.** *Education*: Oklahoma Baptist University (B.A. 2004); Oklahoma City University College of Law (J.D. 2008) (Dean's List, Faculty Honor Roll, OCU American Trial Lawyers Association Moot Court Team, 2008; Staff Member, Law Review, 2006-07; Executive Editor, Law Review, 2007-08). *Admitted to practice*: Oklahoma, 2008; U. S. District Court for the Western District of Oklahoma; 2009, U.S. District Court for the Eastern District of Oklahoma; 2011, U.S. District Court for the Northern District of Oklahoma; 2012, U.S. Court of Appeals for the Tenth Circuit; 2016, U.S. Court of Appeals, Fourth Circuit. *Membership*: Oklahoma Bar Association; Federal Bar Association; American Bar Association. *Publication*: *Stuck in the Mire: The Incomprehensible Labor Law,* 34 Okla. City U.L. Rev. 131 (2009). *Experience*: Research Assistant to J. William Conger, General Counsel and Distinguished Lecturer of Law, Oklahoma City University and President of the Oklahoma Bar Association (2007-08). General Counsel for Reaching Souls International (2013-2016). Mr. Wells has significant experience in complex and class action litigation in various state and federal courts, with more than a decade of experience protecting consumer and shareholder rights. Mr. Wells knows how to efficiently prosecute complex cases to conclusion and practices in areas of estate planning, probate, and guardianships for both children and adults. He is the recipient of the Federal Bar Association Pro Bono Exceptional Service Award (2019) and is a leader in his church.

### *PARALEGALS:*

**SHARON J. KING.** Ms. King has worked in the legal community for over twenty years, after having worked in the securities and insurance industry for over fifteen years. She primarily works on insurance and civil litigation.

**JANE E. ADAMS.** Mrs. Adams has over 25 years of Administrative and Finance experience focusing her career on Human Resources. Additionally, she has first-hand experience with FEMA response as well as government contractual administration.

**TIFFANY R. PEINTNER.** Mrs. Peintner has worked in the legal community for over ten years. Before joining Federman & Sherwood, Mrs. Peintner worked in patent law, oil and gas, probate, banking and real estate, family law, personal injury and insurance defense. She works in securities and civil litigation for the firm.

**FRANDELIND V. TRAYLOR.** Mrs. Traylor has worked in the legal community for over fifteen years. She provides class action, securities and derivative litigation, and product liability support for the firm.

**LACRISTA A. BAGLEY.** Ms. Bagley has worked in the legal community for over twenty years. Before joining Federman & Sherwood, Ms. Bagley worked primarily in bankruptcy law that focused on Chapter 11's and corporate liquidations. She has previous experience with estate planning, family law, civil defense, personal injury and medical malpractice. She works in securities, derivatives, and civil litigation for the firm.

**MADISON PATTERSON.** Before joining Federman & Sherwood, Ms. Patterson worked in organizational operations and process management for seven years. Most recently, she led client retention and claim management for a publicly traded technology company. Ms. Patterson received her Bachelor of Arts degree, with honors, from The University of Oklahoma Price School of Business. She was a dual major in business administration and sports management.

# EXHIBIT B



Murphy Law Firm specializes in data breach class actions, consumer protection actions, federal securities class actions, and other complex litigation.

<u>Attorney Profile</u>

The firm's founding member, A. Brooke Murphy, has successfully litigated numerous complex cases in courts across the country.

<u>Education</u>:

- Oklahoma City University (B.A., 2005, *summa cum laude*)
- University of Oklahoma College of Law (J.D., 2010, *magna cum laude*)
  - o   Assistant Articles Editor of Oklahoma Law Review

<u>Admitted to practice</u>:

- Oklahoma, 2010
- U.S. District Court for the Western District of Oklahoma, 2010
- U.S. District Court for the Northern District of Texas, 2010
- U.S. District Court for Nebraska, 2022
- U.S. District Court for Eastern District Michigan, 2023
- Tenth Circuit Court of Appeals, 2014
- First Circuit Court of Appeals, 2016
- Ninth Circuit Court of Appeals, 2016
- Second Circuit Court of Appeals, 2021

<u>Publication</u>:

- *Credit Rating Immunity? How the Hands-Off Approach Toward Credit Rating Agencies Led to the Subprime Credit Crisis and the Need for Greater Accountability*, 62 Okla. L. Rev. 735 (2010)

<u>Published Decisions</u>:

- *Green-Cooper v. Brinker Int'l, Inc.* 73 F.4th 888 (11th Cir. 2023)
- *Mulderrig v. Amyris, Inc.*, 340 F.R.D. 575 (N.D. Cal. 2021)
- *McFarlane v. Altice USA, Inc.*, 524 F. Supp. 3d 264 (S.D.N.Y. 2021)
- *Mulderrig v. Amyris, Inc.*, 492 F. Supp. 3d 999 (N.D. Cal. 2020)
- *Angeley v. UTi Worldwide Inc.*, 311 F. Supp. 3d 1117 (C.D. Cal. 2018)
- *Nakkhumpun v. Daniel J. Taylor, et al.*, 782 F.3d 1142 (10th Cir. 2015)
- *Spitzberg v. Houston American Energy Corp., et al.*, 758 F.3d 676 (5th Cir. 2014)

<u>Recognition</u>: *Oklahoma Super Lawyers*, 2020, 2021, 2022, 2023

*Notable Class Actions*:

- *Sanders, et al., v. Ibex Global Solutions, Inc., et al.*, Case No. 1:22-cv-00591-TNM (D.C.C.), data breach class action involving the exposure of current and former employees' personal information. Following extensive negotiations and exchanges of information, the case settled for impressive benefits to class members. The settlement secured the creation of a $2.4 million common fund and provided reimbursement of time up to $125 per class member, reimbursement of expenses up to $5,000 per class member, additional cash payments of $100 for class members who experienced data misuse or fraud, five (5) years of 3-bureau credit monitoring and identity theft protection, and residual cash payments up to $95 per claimant.

- *In re: Solara Medical Supplies Data Breach Litig.*, Case No. 3:19-cv-00284-H-KSC (S.D. Cal.), data breach case involving the compromise of customers' protected health information. The case involved complex statutory claims and technical issues. As class counsel, Ms. Murphy was instrumental in litigating the case, which included nine subpoenas *duces tecum*, 13 depositions, the review of nearly a half million documents, and the preparation of numerous expert reports. The settlement secured sizeable cash payments to class members from a $5.06 million settlement fund and meaningful injunctive relief worth in excess of $4.7 million.

- *Mulderrig v. Amyris, Inc., et al.*, Case No.  4:19-cv-01765-YGR (N.D. Cal.), securities class action against a biopharmaceutical company and certain of its officers for alleged misrepresentations concerning the company's recognized and projected revenues. After extensive briefing and a hearing for which Ms. Murphy presented argument on behalf of plaintiffs, the class action complaint survived defendants' motion to dismiss in its entirety, despite the heightened fraud and PSRLA pleading standards. Ms. Murphy spearheaded the aggressive prosecution of the case, including the issuance of several discovery requests and subpoenas *duces tecum* as well as the review of hundreds of thousands of documents. Ms. Murphy also successfully briefed and presented oral argument in support of plaintiffs' motion for class certification. Shortly following the court's order certifying a nationwide class, the parties settled the action for a common fund of $13.5 million.

- *McFarlane v. Altice USA, Inc.*, Case No. 20-CV-1297-JMF (S.D.N.Y.), data breach class action involving the exposure of current and former employees' personal information. The consolidated action survived multiple hurdles, including motions to dismiss, motions to compel arbitration, and challenges to standing. The case was ultimately settled and provided a fair recovery to class members, including compensation for lost time, reimbursement of expenses, 5 years of identity theft protection, and injunctive relief.

- *In re: Samsung Top-Load Washing Machine Marketing, Sales Practices and Products Liability Litig.*, MDL Case No. 17-ml-2792-D (W.D. Okla.), consumer sales practices and products liability class action against Samsung, Electronics Co., Ltd., and numerous home appliance stores for the manufacture and sale of alleged defective washing machines. The multi-district complex litigation resulted from the consolidation of 26 individual actions and brought claims on behalf of approximately 2.8 million individuals who purchased washing machines that were recalled by the U.S. Consumer Product Safety Commission. After years of litigation, a favorable settlement was secured, which brought millions of dollars' worth of benefits to consumers.

- *Angeley v. UTi Worldwide Inc., et al.*, Case No. 2:14-cv-02066-CBM-E (C.D. Cal.), securities class action against international shipping company UTi Worldwide, Inc. and its corporate officers for alleged misrepresentations about the progress of the company's implementation of its new consolidated operating system while failing to disclose the system's critical problems. The case involved extensive motion practice, a successful appeal to the Ninth Circuit Court of Appeals, more than 2 million pages of document production, multiple depositions, and ultimately a settlement that recovered 40.6% of investors' losses.

- *Lortiz v. Exide Technologies, et al.*, Case No. 2:13-cv-02607-SVW-E (C.D. Cal.), securities class action against corporate officers for alleged misrepresentations that concealed the company's environmental abuses and worsening financial condition. The case was highly technical, involving several scientific and financial experts, more than 3 million pages of document production, 26 depositions, and numerous dispositive motions. The case settled just weeks before trial for a recovery that secured 35.6% of investors' losses, despite the company being in bankruptcy.

- *Nakkhumpun v. Taylor, et al.*, Case No. 1:12-cv-01038-CMA-CBS (D. Colo.), securities class action against former officers and directors of Delta Petroleum Corporation for allegedly misrepresenting the company's financial condition and the value of its assets. The case involved significant motion practice and a successful appeal to the Tenth Circuit Court of Appeals. The case ultimately settled for a distribution to investors of 73% of their losses.

- *In re Ener1 Securities Litig.*, Case No. 11-cv-05794-PAC (S.D.N.Y.), securities class action against corporate officers of Ener1, Inc., one of the then-leading electrical vehicle manufacturers, for alleged misrepresentations relating to the company's accounting for unsold inventory and revenue recognition. Following substantial briefing, the case was settled for a recovery that provided investors with more than 40% of their losses, despite the company having filed for bankruptcy protection.

- *Wandel v. Weatherford International, Inc.*, et al., Case No. 12-cv-01305-LAK (S.D.N.Y.), shareholder derivative action against officers and directors of Weatherford International, Inc. for alleged breaches of fiduciary duty related to the improper accounting of more than $900 million of net income over the course of several years. Despite challenging legal barriers, including complex corporate accounting issues and matters of international law (as the company was then-incorporated in Switzerland), shareholders were able to settle the case on behalf of the company and achieved significant corporate governance improvements.

# EXHIBIT C

# Siri | Glimstad

FIRM RESUME



# Class Action Practice Group

With attorneys across the country, Siri & Glimstad LLP represents clients from coast to coast in class actions and mass torts in state and federal courts. Utilizing decades of experience at major global law firms, we tackle each dispute with a sophisticated, strategic approach, and we fight hard for every one of our clients.

# Offices Nationwide

**NEW YORK**
745 Fifth Ave • Suite 500
New York, NY 10151
(212) 532-1091

**PHOENIX**
11201 N. Tatum Boulevard • Ste 300
Phoenix, AZ 85028
(602) 806-9975

**WASHINGTON D.C.**
2101 L Street N.W. • Ste 300  Washington, D.C. 20037
(202) 838-1161

**AUSTIN**
1005 Congress Avenue • Ste 925-C36
Austin, TX 78701
(512) 265-5622

**MIAMI**
20200 West Dixie Highway • Ste 902
Aventura, FL 33180
(786) 244-5660

**DETROIT**
220 West Congress Street • 2nd Floor
Detroit, MI 48226
(313) 251-9161

**LOS ANGELES**
700 S Flower Street • Ste 1000
Los Angeles, CA 90017
(213) 376-3739

# Admitted States

Arizona • California • Connecticut • District of Columbia • Florida • Idaho • Illinois
Massachusetts • Maryland • Michigan • Mississippi • Nebraska • New Jersey
New Mexico • New York • North Carolina • North Dakota • Oklahoma • Pennsylvania
Tennessee • Texas • Virginia



www.sirillp.com



# Attorney Profiles

## Aaron Siri
*Managing Partner*

Aaron Siri is the Managing Partner of Siri & Glimstad LLP and has extensive experience in a wide range of complex civil litigation matters, with a focus on civil rights, class actions, and commercial litigation.



Mr. Siri has successfully litigated numerous civil rights cases, prosecuted class actions against large corporations resulting in payments to hundreds of thousands of Americans, and has acted as counsel to clients in multiple commercial disputes exceeding one billion dollars, including regarding Oracle Team's challenge for the America's Cup and the collapse of the World Trade Center.

Prior to founding Siri & Glimstad, Mr. Siri was a litigation attorney at Latham & Watkins for over five years. Before Latham, Mr. Siri clerked for the Chief Justice of the Supreme Court of Israel from 2004-2005 where he advised the Chief Justice of relevant American, English (including Commonwealth Countries), and International Law precedents for cases of first impression.

Mr. Siri has also been involved in various pro-bono matters, including representation of asylum applicants, housing discrimination victims, and non-profit organizations in tenant-landlord disputes, as well as being chosen as a Frank C. Newman delegate to present a paper he authored before the United Nations Human Rights Sub-Commission.

Mr. Siri earned his law degree at the University of California, Berkeley School of Law where he received four Prosser Prizes and ten High Honors. He was also the Editor-in-Chief and founder of the Berkeley Business Law Journal, which he developed into a nationally recognized publication, and was ranked as the leading commercial law journal in the country.

Prior to law school, Mr. Siri was an auditor at Arthur Andersen LLP, where he examined internal controls and audited corporate documents for private and public micro-cap technology companies. Mr. Siri is a Certified Public Accountant and an attorney admitted in federal and state courts across the country.

Mr. Siri is regularly interviewed on national television for his expertise regarding certain legal issues. He has also been published in the Washington Post, Stat News, and Bloomberg.



# Mason A. Barney
*Partner*



Mason A. Barney is an experienced trial attorney who for over eighteen years has represented both individuals and corporations in complex litigations. Mr. Barney received his J.D., summa cum laude from Brooklyn Law School, in 2005, where he graduated second in his class of nearly 500 students, and received numerous academic honors, in addition to being an editor on the Brooklyn Law Review. He then served as a law clerk to the Honorable Judge David G. Trager in the U.S. District Court for the Eastern District of New York. After clerking, he joined the litigation department at Latham & Watkins LLP, and later joined Olshan Frome Wolosky LLP a large established New York City law firm. Before law school, Mr. Barney earned his B.A. from Bowdoin College, where he double majored in Computer Science and Studio Art, and after college he served as a lead database developer for three years at a successful Internet start-up in Washington D.C.

Mr. Barney focuses his practice on class actions and representing individuals in complex litigations. In this practice he has won tens of millions of dollars for his clients. Among other matters, Mr. Barney has fought to stop companies from illegally spamming consumers with unwanted phone calls, has worked to stop companies from illegally obtaining their customers' biometric information (e.g., facial scans and fingerprints), and obtained recovery for numerous victims of data breaches.

Mr. Barney has appeared in the New York Super Lawyers Rising Stars list, a Thomson Reuters lawyer rating service for lawyers under 40. He was also recognized by the New York Legal Aid Society for his outstanding pro bono work representing indigent individuals in matters concerning prisoners' rights, immigration, and special education.

Mr. Barney has published a number of articles concerning a variety of legal issues. These include authoring or co-authoring: *The FBI vs. Apple: What Does the Law Actually Say?,* Inc. Magazine (February 2016); *Can Lawyers Be Compelled to Produce Data They Compile? An Emerging Front in the Trenches of e-Discovery Battles*, Bloomberg BNA (May 2015); *Legal Landscape for Cybersecurity Risk is Changing as Federal Government and SEC Take Action*, Inside Counsel Magazine (May 2015); *Tellabs v. Makor, One Year Later*, Securities Law 360 (July 2008); *Not as Bad as We Thought: The Legacy of Geier v. American Honda Motor Co.in Product Liability Actions,* 70 Brooklyn L. Rev. 949 (Spring 2005). Mr. Barney serves as an adjunct professor at the City University of New York, teaching Education Law in its graduate studies program, and separately has presented continuing legal education instruction regarding the Foreign Corrupt Practices Act.

## Elizabeth Brehm
*Partner*



Elizabeth Brehm graduated from Boston University with a Bachelor of Science and earned her master's degree from Long Island University at C.W. Post. She attended Hofstra Law School and obtained a Juris Doctorate, graduating magna cum laude, in 2008.

After law school, Ms. Brehm spent a year at Winston & Strawn LLP where she focused on products liability litigation. For nine years prior to joining Siri & Glimstad, Ms. Brehm worked for a New York law firm where she focused on antitrust class action lawsuits, health care fraud, and qui tam and whistleblower litigations.

Ms. Brehm has been an attorney at Siri & Glimstad for over two years and has handled numerous complex litigation matters, including class action matters.


## Walker Moller
*Partner*



Before law school, Walker Moller worked and volunteered for three years in 15 countries throughout Southeast Asia, Oceania, and Africa. While at Mississippi College School of Law, Walker clerked at the Mississippi Supreme Court and was on the Law Review. He graduated summa cum laude in 2014 and earned the highest grade in eight courses. After graduation, Walker clerked for a federal judge at the United States District Court, Western District of Louisiana, where he gained exposure to a large volume of employment discrimination matters, products liability cases, and constitutional litigation.

Walker then worked for the U.S. Army Corps of Engineers from 2015 to 2021, where his practice focused on federal contracts and civil litigation in various administrative courts. Immediately before joining Siri & Glimstad, Walker achieved full dismissal of a lawsuit against the Corps of Engineers that implicated $68M worth of federal contracts.



# Lisa Considine
*Partner*



Lisa R. Considine is counsel at Siri & Glimstad LLP and has broad litigation experience, having successfully litigated various class action cases involving violations of State and Federal consumer protection laws, including representing consumers against many of the world's largest companies.

Ms. Considine graduated from Rutgers College with a Bachelor of Arts and attended Seton Hall University School of Law and obtained her J.D., with Honors, in 2004.

Prior to joining Siri & Glimstad, Ms. Considine was a founding member of her own practice that focused exclusively on consumer class actions and individual matters against major auto rental companies, banks, mortgage lenders, auto finance companies, payday lenders and other consumer finance companies in litigation involving the Consumer Fraud Act, Electronic Fund Transfer Act, Truth in Lending Act, Real Estate Settlement Procedures Act, Fair Credit Reporting Act, Fair and Accurate Credit Transaction Act, Truth-in-Consumer Contract, Warranty and Notice Act, predatory lending, loan origination and servicing, banking operations and consumer fraud claims.

Ms. Considine serves on the Board of Directors of the Consumer League of New Jersey and is also Co-Chair of the New Jersey State Bar Association's Class Actions Special Committee. Ms. Considine also serves at the pleasure of the New Jersey Supreme Court on the District IIB Ethics Committee and is President of the Worrall F. Mountain Inn of Court. Ms. Considine is a member of the National Association of Consumer Advocates, the Complex Litigation e-Discovery Form (CLEF), and the New Jersey State Bar Association's Consumer Protection Committee.

# David DiSabato
*Partner*



David J. DiSabato is counsel at Siri & Glimstad LLP and focuses his practice on complex class actions and consumer protection law. With over two decades of class action experience, Mr. DiSabato has led successful class actions against many of the country's largest financial institutions, retailers, service providers and employers. In addition, Mr. DiSabato has extensive experience handling patients' rights class actions and civil rights claims.



Mr. DiSabato graduated from Tufts University and received his J.D. from Boston University School of Law.  Named to the New Jersey Super Lawyers List in 2022 and 2023, Mr. DiSabato is the New Jersey Chair of the National Association of Consumer Advocates and sits on NACA's Judicial Nominations Committee.  He also is a member of both the American Association for Justice and the New Jersey Association for Justice (Civil Rights Committee), and sits on the Board of Directors of the Consumer League of New Jersey, where he serves as the Director of Litigation.  Mr. DiSabato is also a member of the Class Actions Special Committee and the Consumer Protection Law Committee of the New Jersey State Bar Association, as well as the Complex Litigation e-Discovery Forum (CLEF)  He also serves as the Vice Chair of the Land Use Board of the Borough of Peapack and Gladstone.

In addition, Mr. DiSabato regularly lobbies in both Washington D.C. and Trenton, New Jersey on consumer issues such as predatory lending, manufactured housing and forced arbitration, and is a frequent speaker on Constitutional issues, class action practice and consumer rights.

Prior to joining Siri & Glimstad, Mr. DiSabato was a founding member of his own practice where he represented consumers, workers, tenants, patients and other individuals in complex class actions.

## Tyler J. Bean
*Attorney*

Tyler J. Bean graduated from the University of Oklahoma's Michael F. Price College of Business in 2015 and obtained a Juris Doctorate from the University of Oklahoma in 2019, where he served as editor for the Oil and Gas, Natural Resources, and Energy Law Review Journal. Mr. Bean also received numerous academic honors as a law student, including being named to the Faculty Honor Roll and Dean's List.



After graduating law school and serving as in-house counsel for a large, multi-billion-dollar retail organization, Mr. Bean turned his focus to complex civil litigation and consumer class actions, with a particular emphasis on data breach and privacy matters. He has years of experience as a data breach and privacy lawyer, having played a significant role as class counsel in successfully litigating numerous data breach and privacy class actions from inception through discovery and court approved settlements, recovering millions of dollars for hundreds of thousands of consumers, patients, students, and employees across the country who have been victims of negligent data security and privacy practices.

Siri | Glimstad

www.sirillp.com



# Kyle McLean
*Attorney*



Kyle McLean obtained his J.D. in 2019 from the University of California, Hastings College of the Law, with an emphasis in Civil Litigation and Alternative Dispute Resolution. He was selected to participate in the Hastings Appellate Program, where he was one of only two students chosen to represent a pro bono client before the Ninth Circuit Court of Appeals and deliver oral and written argument before the Court. He received his B.A. in History and Economics from California Polytechnic University, Pomona in 2015. Prior to joining Siri & Glimstad, Mr. McLean defended a wide variety of complex civil matters.

Mr. McLean presently represents individuals in complex class action privacy litigations, including claims for illegally spamming consumers with unwanted telephone advertisements, unlawful requests for employees' genetic information (e.g., family medical history), and numerous victims of data breaches.

# Oren Faircloth
*Attorney*



Oren Faircloth graduated from McGill University in 2009 with a Bachelor of Arts degree in Political Science. Before attending law school, he served in the armed forces from 2010 to 2011. Mr. Faircloth graduated from Quinnipiac University School of Law, magna cum laude, in 2016.

Prior to joining Siri & Glimstad, Mr. Faircloth worked for a boutique law firm where he spearheaded ERISA class action lawsuits against Fortune 500 companies, including: Huntington Ingalls, Rockwell Automation, Raytheon, UPS, U.S. Bancorp, Delta Air Lines, and Sprint. Mr. Faircloth was involved in the prosecution of numerous successful class actions in which over $100 million dollars have been recovered for tens of thousands of employees around the country. In 2022, Mr. Faircloth was recognized by Super Lawyers magazine as a Rising Star in the field of class action.

Mr. Faircloth focuses his practice on class actions and representing individuals in complex litigations. He presently represents individuals who have been denied reimbursement for work-related expenses from their employers, denied sufficient lactation accommodations in the workplace, and denied actuarially equivalent pension benefits. Mr. Faircloth has also represented several individuals on a pro bono basis, negotiating favorable settlements for violations of their constitutional rights.



# Wendy Cox
*Attorney*



Prior to joining Siri & Glimstad, Ms. Cox served for 21 years in the United States Army as an Army Nurse Corps officer and as an Army Judge Advocate. As a nurse corps officer, Ms. Cox worked in several clinical settings to include a pediatric unit, a specialty surgical unit, and an orthopedic surgical unit. During her last year as an Army Nurse Corps officer, she taught Army medics in basic life saving skills before being selected by the Army to attend law school. After graduating law school in 2005, Ms. Cox prosecuted soldiers, advised on operational law issues, taught Constitutional Law at West Point, and advised senior leaders on a variety of legal issues. Following her retirement from the United States Army in 2018, she went on to continue serving soldiers as an attorney for the Office of Soldiers' Counsel.

Wendy Cox graduated cum laude from the State University at Buffalo Law School in New York and summa cum laude from Norwich University with a Bachelor of Science in Nursing. She went on to get her Master of Laws (L.L.M.) degree in Military Law in 2008.

# Catherine Cline
*Attorney*



Catherine Cline has extensive experience in a wide range of civil law, including constitutional, administrative, employment, and election law. Prior to joining Siri & Glimstad, Ms. Cline served as a judicial law clerk for judges in the U.S. District Court for the Middle District of Pennsylvania, the Commonwealth Court of Pennsylvania, and the Supreme Court of Pennsylvania.

Ms. Cline attended law school on a full tuition scholarship, during which time she served as the Editor-in-Chief of the law review and as intern for a U.S. District Court Judge in the Middle District of Florida. Before attending law school, Ms. Cline received her Bachelor of Arts in Economics with a Minor in Business and the Liberal Arts from Penn State University and worked in the Tax Credit Division of the Pennsylvania Department of Community and Economic Development.



## Dana Smith
*Attorney*

Dana Smith is a seasoned litigator. Prior to joining Siri & Glimstad, Ms. Smith focused most of her legal career on personal injury litigation, including representing individuals harmed due to corporate negligence. Ms. Smith is also experienced in various domestic areas of practice, including divorce, high-conflict custody disputes, and child welfare law.



Ms. Smith graduated cum laude from the North Carolina Central University School of Law. Additionally, she received her Bachelor of Arts in Romance Languages from the University of North Carolina at Chapel Hill.

## Sonal Jain
*Attorney*

Sonal Jain has experience in complex commercial litigations as well as class actions. Ms. Jain graduated from the New York University School of Law with an LLM in International Business Regulation, Litigation and Arbitration in 2020 where she gained experience with international dispute resolution. She received her first degree in law (B.A. LL.B.) from ILS Law College, Pune, a prime legal education institution in India. Prior to joining Siri & Glimstad, Ms. Jain held various internships with top-tier law firms in India where she specialized in complex dispute resolution ranging from consumer and corporate litigation to domestic arbitrations.



## Jack Spitz
*Attorney*

Jack R. Spitz is a graduate of Rutgers School of Law where he was a member of the Rutgers Law Record Journal and interned with the Essex County Public Defender's Office. Following law school, he served as Law Clerk for two judges at the Middlesex County Superior Court in New Brunswick, New Jersey. Subsequently, Mr. Spitz defended a wide variety of personal injury and property damage matters, as well as represented Plaintiffs in employment litigation matters. Prior to law school, Mr. Spitz graduated from Clemson University in South Carolina.





# Gabrielle Williams
*Attorney*

Ms. Williams obtained her J.D. from the University of Maryland Francis King Carey School of Law. During her time in law school, she represented clients in state court through the Justice for Victims of Crime Clinical Law Program. She also served as an Associate Editor on the Journal of Healthcare Law and Policy, Executive Board Member of the Black Law Students Association, and Class Representative for the Student Bar Association. Prior to joining Siri and Glimstad, Ms. Williams served as a Judicial Law Clerk on the Appellate Court of Maryland.



# Notable Class Actions Handled
# By Siri & Glimstad LLP

**Buchanan v. Sirius XM Radio, Inc.**
Case No. 3:17-cv-00728 (N.D. Tex.)
Appointed co-class counsel in a case alleging violations of the TCPA, which resulted in a settlement of $25,000,000, plus free satellite radio service, to a class of 14.4 million members.

**Thomas v. Dun & Bradstreet Credibility Corp**.
Case No. 15-cv-3194 (S.D. Cal.)
Appointed co-class counsel in a case alleging violations of the TCPA which resulted in a settlement of $10,500,000.

**Gatto v. Sentry Services, Inc., et al.**
Case No. 13 CIV 05721 (S.D. N.Y.)
Appointed co-class counsel in a case involving ERISA claims relating to an ESOP which resulted in a settlement of $11,138,938.

**Kindle v. Dejana**
Case No. 14-cv-06784 (E.D. N.Y.)
Appointed co-counsel for plaintiffs in an ERISA matter filed as a class action involving breaches of fiduciary duty related to the management and termination of an ESOP, which settled after the beginning of trial for $1,080,000 for the class.



**Herff Jones Data Breach Litigation**
Case No. 1:21-cv-01329 (S.D. Ind.)
Obtained preliminary approval of a class settlement agreement that includes a settlement fund of $4,350,000 and, separate from the settlement fund, requires the defendant to pay for data security.

**California Pizza Kitchen Data Breach Litigation**
Case No. 8:21-cv-01928 (C.D. Cal.)
Appointed co-class counsel for plaintiffs in a data breach class action where the district court granted final approval to a settlement that provided $2.1 millions in value to over 100,000 class members, subject to current appeal.

**Carter, et al. v. Vivendi Ticketing US LLC d/b/a See Tickets**
Case No. 8:22-cv-01981 (C.D. Cal.)
Final approval granted, appointing firm as class counsel, in a data breach class action settlement involving 437,310 class members and a $3,000,000 non-reversionary settlement fund.



11